JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CARLOS LOPEZ,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>F. GUZMAN,<br><br>　　　　　　Respondent. | Case No. 5:23-cv-01456-HDV (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Habeas Petition, **IT IS ADJUDGED** that this action is dismissed without prejudice for lack of prosecution.

DATED: 9/29/23

_____
HERNAN D. VERA
United States District Judge